```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                         Case No. 13-12391-aih
Michael C. Bertovich                                           Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0647-1         User: pzeho                Page 1 of 2         Date Rcvd: Apr 09, 2013
                             Form ID: 227i              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2013.
db          +Michael C. Bertovich,    16228 Egbert Road,    Walton HIlls, OH 44146-4123
22235458     Alexandria Vanecek Co., LPA,    5640 Southwyck Blvd. Suite 101,    Toledo, OH 43614-1594
22235460    +Capitol One,    PO Box 5238,   Carol Stream, IL 60197-5238
22235461    +Chase,    Customer Service,    PO Box 24696,    Columbus, OH 43224-0696
22235462    +Chase Bankruptcy Dept.,    3415 Vision Drive,    Mail Drop OH 4-7133,    Columbus, OH 43219-6009
22235464    +Cleveland Clinic,    9500 Euclid Avenue,    Customer Service DD5,    Cleveland, OH 44195-0001
22235465    +Cleveland Division of Water,    1201 Lakeside Avenue,    Cleveland, OH 44114-1100
22235467    +Emergency Prof. Services Inc.,    2620 Ridgewood Road Ste 300,    Akron, OH 44313-3500
22235468    +Emergency Proferssional Services,    2620 Ridgewood Road Ste 300,    Akron, OH 44313-3500
22235469     First Credit Inc.,    PO Box 630838,    Cincinnati, OH 45263-0838
22235470    +First Source Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
22235475     HRRG,    PO Box 189053,    Plantation, FL 33318-9053
22235477     HSBC Retail Services,    PO Box 5238b,    Carol Stream, IL 60197
22235472     Healthcare Revenue Recovery Group,    PO Box 189053,    Plantation, FL 33318-9053
22235473     Healthport,    PO Box 409900,    Atlanta, GA 30384-9900
22235478    +Metrohealth System,    PO Box 931703,    Cleveland, OH 44193-1811
22235479    +Nordonia Hills Clinic Inc.,    7689 Sagamore HIlls Blvd.,    Northfield, OH 44067-2997
22235480     Ohio Department of Taxation,    Compliance Division,    PO Box 182401,    Columbus, OH 43218-2401
22235481    +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
22235482    +The Metrohealth System,    PO Box 221034,    Beachwood, OH 44122-0992
22235485    +Vavro & Associates,    4725 Grayton Road,    Cleveland, OH 44135-2307
22235486    +Vavro & Associates,    4300 Brookpark Road,    Cleveland, OH 44134-1138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: cwaltf@aol.com Apr 09 2013 21:59:37     Charles W Fonda,    75 Public Sq,    #650,
              Cleveland, OH   44113
tr          +EDI: QMKWHITMER.COM Apr 09 2013 21:43:00      Mary K. Whitmer,    One Cleveland Center, 20th Floor,
              1375 E. 9th St.,    Cleveland, oh 44114-1739
22235459     EDI: BANKAMER2.COM Apr 09 2013 21:43:00      Bank of America,    PO Box 15726,
              Wilmington, DE 19886-5726
22235463     EDI: CITICORP.COM Apr 09 2013 21:43:00      Citi Cards,    PO Box 183113,    Columbus, OH 43218-3113
22235466    +EDI: CREDPROT.COM Apr 09 2013 21:43:00      Credit Protection Association,    13355 Noel Road,
              Dallas, TX 75240-6837
22235471     EDI: FORD.COM Apr 09 2013 21:43:00      FORD MOTOR CREDIT,    PO Box 542000,    Omaha, NE 68154-8000
22235476     EDI: HFC.COM Apr 09 2013 21:43:00      HSBC Card Services,    PO Box 81622,
              Salinas, CA 93912-1622
22235474    +EDI: HFC.COM Apr 09 2013 21:43:00      Household Bank,    PO Box 5222,
              Carol Stream, IL 60197-5222
22235483     EDI: CREDPROT.COM Apr 09 2013 21:43:00      Time Warner Cable,    c/o Credit Protection Associaton,
              PO Box 9037,    Addison, TX 75001-9037
22235484     EDI: HFC.COM Apr 09 2013 21:43:00      Union Plus Credit Card,    PO Box 5222,
              Carol Stream, IL 60197-5222
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2013**            **Signature:**        *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2013 at the address(es) listed below:
         Charles W Fonda    on behalf of Debtor Michael C. Bertovich cwaltf@aol.com, AmFlHO1@aol.com
         Mary K. Whitmer    mwhitmer@ecf.epiqsystems.com
                                                                               TOTAL: 2

# United States Bankruptcy Court for the Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 8, 2013. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

| | |
|---|---|
| **Case Number:** 13−12391−aih<br><br>**Debtor(s):**<br>Michael C. Bertovich<br>16228 Egbert Road<br>Walton HIlls, OH 44146<br><br>**Other names used by the Debtor(s) in the last 8 years:**<br><br>**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**<br>xxx−xx−0113 | **Attorney for Debtor:**<br>Charles W Fonda<br>75 Public Sq<br>#650<br>Cleveland, OH 44113<br>Telephone number: (216) 621−3247<br><br>**Bankruptcy Trustee:**<br>Mary K. Whitmer<br>One Cleveland Center, 20th Floor<br>1375 E. 9th St.<br>Cleveland, oh 44114<br>Telephone number: (216) 736−7255 |

### Meeting of Creditors

**All debtors <u>must</u> bring the following proofs of identification to the meeting of creditors:**

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government− or employer−issued documentation, such as social security card, IRS tax transcript, W−2, or 1099, is acceptable proof.

**Date:** May 16, 2013<br>
**Time:** 09:30 AM<br>
**Location:** 341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

### Deadlines

*Papers must be <u>received</u> by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts:** July 15, 2013

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

| | |
|---|---|
| **Address of the Bankruptcy Court Clerk's Office:**<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114−1235 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz<br><br>**Date:** April 9, 2013 |

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**